# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PEARLMAN, | Case No. 1:15-cv-00902-LJO-SAB |
| Plaintiff, | ORDER RELATING CASES |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On June 12, 2015, Plaintiff filed this action alleging deliberate indifference in violation of the Eighth Amendment. (ECF No. 1.) The complaint generally alleges that the defendants were deliberately indifferent by housing him in an area where he was exposed to and contracted Valley Fever.

Review of the action reveals that this action is related under Local Rule 123 to the actions entitled Jackson, et al. v. State of California, et al., 1:13-cv-01055-LJO-SAB, and Smith v. Schwarzenegger, 1:14-cv-00060-LJO-SAB. The actions are based on the same underlying facts and involve overlapping questions of law and fact.

/ / /

/ / /

/ / /

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall relate this action to <u>Jackson, et al. v. State of California, et al.</u>, 1:13-cv-01055-LJO-SAB, and <u>Smith v. Schwarzenegger</u>, 1:14-cv-00060-LJO-SAB.

IT IS SO ORDERED.

Dated:  **June 16, 2015**

UNITED STATES MAGISTRATE JUDGE