IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHRISTOPHER PEARLMAN,<br><br>                              Plaintiff,<br><br>         v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>                              Defendants. | Case No. 1:15-cv-00902-LJO-SAB<br><br>ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A PLEADING RESPONSIVE TO THE COMPLAINT AND VACATING NOVEMBER 2, 2015 SCHEDULING CONFERENCE |

On October 16, 2015 the Court conducted a status conference in several of the related cases. During the October 16, 2015 conference, the parties discussed the necessity for a stay and the Court's concern that these actions not stagnant unnecessarily on the Court's docket.

Counsel for Plaintiffs are attempting to resolve how this action will proceed based on the decisions in <u>Jackson, et al. v. Brown, et al.</u>, No. 1:13-cv-01055-LJO-SAB, and <u>Smith, et al. v. Schwarzenegger, et al.</u>, No. 1:14-cv-0060-LJO-SAB, finding that Defendants are entitled to qualified immunity on the Eighth Amendment claims. The parties are discussing how the qualified immunity decision will impact the additional claims that are raised in these actions. Counsel for the parties agreed at the October 16, 2015 hearing that the deadline to file a

responsive document in these related cases shall be extended to December 11, 2015 to allow the parties an opportunity to consider their options due to the qualified immunity findings.

Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for November 2, 2015 is VACATED; and Defendants shall file a pleading responsive to the complaint on or before December 11, 2015.

IT IS SO ORDERED.

Dated:   **October 19, 2015**

UNITED STATES MAGISTRATE JUDGE