IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHRISTOPHER PEARLMAN,<br><br>                              Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                              Defendants. | Case No. 1:15-cv-00902-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 18)<br><br>DEADLINE: JULY 25, 2019 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants' responsive pleading shall be filed on or before July 25, 2019.

IT IS SO ORDERED.

Dated: **April 25, 2019**

UNITED STATES MAGISTRATE JUDGE

1